

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ALEJANDRO HERNANDEZ, | § | No. 08-19-00060-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| ALBERTO ENRIQUE HERNANDEZ AND REYNALDO AARON MORALES, | § | of El Paso County, Texas |
|  | § | (TC# 2017-CCV01809) |
| Appellee. | § |  |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 6, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Alejandro Hernandez, pro se, prepare the Appellant's brief and forward the same to this Court on or before July 6, 2019.

IT IS SO ORDERED this 11th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.